Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
(806) 748-1980  Phone
(806) 748-1956  Fax

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

IN RE:

THORSTEN MUELLER
SARA BETH MUELLER

CASE NO: 09-10474-RLJ-13
HEARING DATE: 3/3/2010
HEARING TIME: 11:00 AM

## NOTICE OF CONTINUED HEARING AND THE RIGHT TO OBJECT

PLEASE TAKE NOTICE that on 3/3/2010 at 11:00 AM at the following location

VIDEO HEARING:  US COURTHOUSE ROOM 2201, 3RD & PINE, ABILENE, TEXAS 79604

The above captioned Debtor(s) will seek an Order of the Bankruptcy Court granting the relief requested in the

### Debtor's(s')  Chapter 13 Plan and Motion for Valuation

PLEASE TAKE FURTHER NOTICE that any party objecting or responding to any relief sought in the above pleading must do so in writing.  The objection or response must be served upon the Debtor's(s') counsel (or the Debtor(s) if not represented by counsel), and upon the Chapter 13 Trustee NOT LESS THAN SEVEN (7) DAYS PRIOR TO THE ABOVE HEARING DATE.

**FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGMENT SHALL BE ENTERED BY DEFAULT, UNLESS OTHERWISE ORDERED BY THE COURT.**

SETTLEMENTS OR AGREEMENTS, SIGNED OR ACKNOWLEDGED BY BOTH PARTIES, MUST BE FAXED OR EMAILED TO THE TRUSTEE'S OFFICE 48 HOURS PRIOR TO THE HEARING DATE.

A PRE-HEARING CONFERENCE WILL BE HELD BY THE TRUSTEE ON 3/3/2010 AT 08:30 AM AT THE FOLLOWING ADDRESS:

US COURTHOUSE ROOM 2201, 3RD & PINE, ABILENE, TEXAS 79604

HEARINGS ON OBJECTIONS OR RESPONSES NOT RESOLVED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT IMMEDIATELY FOLLOWING THE PRE-HEARING CONFERENCE.

Dated:    2/3/2010

Respectfully submitted,

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF HEARING AND THE RIGHT TO OBJECT for the Debtor's(s') Chapter 13 Plan and Motion for Valuation was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:  2/3/2010                                              /s/ Walter O'Cheskey

                                                             _____
                                                             Walter O'Cheskey
                                                             Chapter 13 Trustee

```
ACCOUNT RECOVERY SERVICE INC 3031 NORTH 114TH STREET  MILWAUKEE WI 53222
CAPITAL BANK PO BOX 60000  SEATTLE WA 98190
CAPITAL ONE 6125 LAKEVIEW ROAD, STE 800  CHARLOTTE NC 28269
CAPITAL ONE BANK USA BY AMERICAN INFOSOURCE LP PO BOX 71083 CHARLOTTE NC 28272
CHASE BANK ONE CARD SERV  WESTERVILLE OH 43081
CITY OF IOWA PARK/IOWA PARK ISD C/O HARLOD LEREW PO BOX 8188 WICHITA FALLS TX 76307
CLINICS OF NORTH TEXAS PAYMENT PROCESSING CENTER PO BOX 730852 DALLAS TX 75373
CLINICS OF NORTH TEXAS PO BOX 97547  WICHITA FALLS TX 76307
CONTINENTAL ATTN: RECOVERY 652 BUSH RIVER RD COLUMBIA SC 29210
DEBT MANAGEMENT GROUP PO BOX 2638  COLUMBIA MD 21045
DELL FINANCIAL SERVICES 12234 N IH 35  AUSTIN TX 78753
DELL FINANCIAL SERVICES C/O RESURGENT CAPITAL SERVICES PO BOX 10390 GREENVILLE SC 29603
ENHANCED RECOVERY CORPORATION 8014 BAYBERRY RD  JACKSONVILLE FL 32256
GE MONEY BANK C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVE STE 1120 MIAMI FL 33131
HSBC AUTO FINANCE BANKRUPTCY NOTICES PO BOX 17909 SAN DIEGO CA 92177
HSBC AUTO FINANCE PO BOX 60130  CITY OF INDUSTRY CA 91716
HSBC AUTO FINANCE PO BOX 829009  DALLAS TX 75382
HSBC BANK/BANKRUPTCY PO BOX 5253  CAROL STREAM IL 60197
INTERNAL REVENUE SERVICE PO BOX 21125  PHILADELPHIA PA 19114
INTERNAL REVENUE SERVICE PO BOX 21126  PHILADELPHIA PA 19114
IOWA PARK ISD PO BOX 428  IOWA PARK TX 76367
KELL WEST REGIONAL HOSPITAL 5420 KELL WEST BLVD  WICHITA FALLS TX 76310
KRISTINA DANIELS 5504 ALAN A DALE LN  LAWTON OK 73505
MCI 400 NORTH ROGERS ROAD  OLATHE KS 66062
MERRICK BANK C/O RESURGENT CAPITAL SERVICES PO BOX 10368 GREENVILLE SC 29603
MERRICK BANK PO BOX 5000  DRAPER UT 84020
MIDWESTERN STATE UNIVERSITY 3410 TAFT BLVD  WICHITA FALLS TX 76308
MONTE J WHITE & ASSOCIATES PC ATTORNEY AT LAW ABILENE 402 CYPRESS SUITE 310 ABILENE TX 79601
NORTH CENTRAL TX MED FOUND 1301 3RD STE 200  WICHITA FALLS TX 76301
OFFICE OF THE ATTORNEY GENERAL 10260 N CENTRAL EXPRESSWAY  DALLAS TX 75231
PROVIDIAN PO BOX 660022  DALLAS TX 75266
PROVIDIAN PO BOX 660548  DALLAS TX 75266
RICHARD J BOUDREAU AND ASSOC LLC 5 INDUSTRIAL WAY  SALEM NH 03079
RISK MANAGEMENT ALTERNATIVES PO BOX 105827  ATLANTA GA 30348
SALLIE MAE 1002 ARTHUR DR  LYNN HAVEN FL 32444
SALLIE MAE INC ON BEHALF OF TGSLC PO BOX 83100 ROUND ROCK TX 78683
SEARS ATTN BANKRUPTCY DEPARTMENT 45 CONGRESS STREET SALEM MA 01970
SEVENTH AVENUE 1112 7TH AVENUE  MONROE WI 53566
STATE FARM BANK FSB ATTN BCC BANKRUPTCY PO BOX 2328 BLOOMINGTON IL 61702
STATE FARM FNCL SVCS F ATTN LOAN SERVICING PO BOX 5961 MADISON WI 53705
STATE NATIONAL BANK 104 W PARK AVENUE  IOWA PARK TX 76367
STATE NATIONAL BANK OF TEXAS ELDER BICKINS & SPURGERS 320 E THIRD STREET BURKBURNETT TX 76354
TGSLC PO BOX 83100  ROUND ROCK TX 78683
THORSTEN MUELLER & SARA BETH MUELLER 20 CHEROKEE TRAIL  IOWA PARK TX 76367
TRIBUTE/FBOD PO BOX 105555  ATLANTA GA 30348
UNITED REGIONAL 1600 8TH STREET  WICHITA FALLS TX 76301
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE 3RD FLOOR DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
WICHITA COUNTY C/O HAROLD LEREW PO BOX 8188 WICHITA FALLS TX 76307
WICHITA COUNTY PO BOX 1471  WICHITA FALLS TX 76307
WILLIAM T NEARY UNITED STATES TRUSTEE 1100 COMMERCE STREET RM 976 DALLAS TX 75242
```