

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed February 22, 2010

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| Thorsten Mueller § | CASE NO. 09-10474-RLJ-13 |
| AND § | |
| Sara Beth Mueller § | |
| DEBTOR(S) § | |

ORDER MODIFYING CLAIM OF Clinics of North Texas (Claim #2)

On this day came on to be heard/considered Debtor's Objection to Claim of Clinics of North Texas. After reviewing the pleadings and/or hearing arguments of counsel, the Court finds the claim of Clinics of North Texas for $334.55 should be modified to reflect the proper amount of $282.12.

IT IS THEREFORE, ORDERED, DECREED AND ADJUDGED that the claim of Clinics of North Texas for $334.55 filed in the above-entitled matter is modified to reflect the proper claim amount of $282.12.

# # # END OF ORDER # # #

PREPARED BY:

Pamela Chaney, Attorney for Debtor(s)
Monte J. White & Associates, P.C.
402 Cypress, Suite 310
Abilene, TX 79601
(325) 673-6699
(325) 672-9227 Fax